DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IRVINE HICKS**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D19-653

[June 27, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 14-002511CF10A.

Irvine Hicks, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***